### 45996.   SWINT v. THE STATE.

PER CURIAM. Upon a consideration of the errors enumerated the judgment of the trial court is

> *Reversed. Hall, P. J., Eberhardt and Whitman, JJ., concur.*
> SUBMITTED MARCH 8, 1971—DECIDED APRIL 30, 1971.

*Casey Thigpen,* for appellant.
*Thomas A. Hutcheson, Solicitor,* for appellee.